/11

United States District Court
Southern District of Texas
FILED

SEP 02 1998

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICARDO NAVARRO-PEREZ | § | |
| | § | |
| VS. | § | CIVIL ACTION |
| | § | NO. B-96-055 |
| UNITED STATES OF AMERICA | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DENYING PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE, and DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of June 5, 1998 be adopted and that petitioner's Motion to Vacate, Set Aside or Correct Sentence be DENIED. Furthermore, it is the opinion of this court that the Government's Motion for Summary Judgment be GRANTED. The above action constitutes an effective dismissal of this case.

DONE this 2nd of ~~August~~ September, 1998, in Brownsville, Texas.

Filemon B. Vela
United States District Court Judge