lmv



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 20 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RICARDO NAVARRO-PEREZ | * | |
| VS | * | C.A. NO. B96 055 (Cr. No. B90 248 S1) |
| UNITED STATES OF AMERICA | * | |

---

RICARDO NAVARRO-PEREZ, Pro Se

United States Attorney (Jeffery A. Babcock, Assistant U.S. Attorney), Attorney for Respondent

---

### MEMORANDUM ORDER

---

Before this Court is Petitioner's, RICARDO NAVARRO-PEREZ, Motion requesting a certificate of appealability filed on October 14, 1998. This Court had dismissed his 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct Sentence on September 2, 1998.

The Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA), Pub.L. No. 104-132, 110 Stat. 1214, converted the "certificate of probable cause" that was required as a prerequisite to an appeal from the denial of a petition for federal habeas corpus relief into a "certificate of appealability." <u>Reyes v.</u>

Keane, 90 F.3d 676, 680 (2nd Cir. 1996). A certificate of appealability will not be granted unless the petitioner makes a substantial showing of the denial of a constitutional right. Barefoot v. Estelle, 463 U.S. 880, 893, 103 S.Ct. 3383, 3394, 77 L.Ed.2d 1090 (1983). To make such a showing, the petitioner need not show that he should prevail on the merits, but rather must demonstrate that the issues' are debatable among jurists of reason; that a court could resolve the issues in a different manner; or that the questions are adequate to deserve encouragement to proceed further. Id. at 893. See Adanandus v. Johnson, 947 F.Supp. 1098 (W.D. Tex. 1996).

This Court has read Petitioner's Motion in light of the record and the mandates of AEDPA and has concluded that Petitioner has failed to make a substantial showing of a denial of a constitutional right.

Accordingly, Petitioner's Motion for Certificate of Appealability is hereby **DENIED**.

DONE at Brownsville, Texas, this 20th day of November, 1998.

_____
John Wm. Black
United States Magistrate Judge