AO 240A (1/94)

16

# United States District Court

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

DEC 0 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

RICARDO NAVARRO-PEREZ

Plaintiff

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

V.

UNITED STATES OF AMERICA

Defendant

CASE NUMBER: B-96-055

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is:

☐ GRANTED.

☐ The clerk is directed to file the complaint.

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons:

SEE NOV 20, 1998, ORDER (DOCKET #15)

ENTER this 9 day of DEC, 1998.

Signature of Judicial Officer
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer