*18*

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 98-41292
Summary Calendar

D.C. Docket No. B-96-CV-55
B-90-CR-248

**U.S. COURT OF APPEALS**
**FILED**
OCT 2 5 1999
CHARLES R. FULBRUGE III
CLERK



UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

RICARDO NAVARRO-PEREZ

   Defendant - Appellant

United States District Court
Southern District of Texas
FILED
JAN 0 7 2000
Michael N. Milby, Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before POLITZ, WIENER, and BENAVIDES, Circuit Judges.

## J U D G M E N T

This cause came on to be heard on the record on appeal and was taken under submission on the briefs on file.

ON CONSIDERATION WHEREOF, it is now here ordered and adjudged by this Court that the judgment of the District Court in this cause is affirmed.

ISSUED AS MANDATE:　JAN 0 5 2000

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
      Deputy

New Orleans, Louisiana